IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ISSISSIPPI
NORTHERN DIVISION

MATTHEW SANDERS, III                                                         PLAINTIFF

V.                                                       CASE NO.: 3:18-CV-399 HTW-RHW

NANCY A. BERRYHILL                                           DEFENDANT
Acting Commissioner of Social Security

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court pursuant to the Report and Recommendation of United States Magistrate Judge Robert H. Walker [doc. no. 13] and the Plaintiff's written objection [doc. no. 14] to the Report and Recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid Objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[doc. No. 13]** is hereby adopted as the order of this court. Defendant's Motion to Affirm the Commissioner's Decision **[doc. no. 10]** is granted and Plaintiff's Motion for Summary Judgment **[doc. no. 8]** is denied. Plaintiff's social security appeal is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 13th day of August, 2019.

                                                               s/ HENRY T. WINGATE
                                                                UNITED STATES DISTRICT JUDGE